UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2411
(7:20-cv-00947-DCC)

_____

JANE DOES 1-9

       Plaintiff - Appellant

v.

COLLINS MURPHY; HAMMY MEDIA LTD., d/b/a xHamster.com; MG FREESITES LTD., d/b/a Pornhub.com; MINDGEEK S.A.R.L.; TRAFFICSTARS LTD.; WISEBITS IP LTD.

       Defendants - Appellees

and

SHARON HAMMONDS; BRENDA F. WATKINS; LIMESTONE COLLEGE; MG FREESITES II LTD.; MINDGEEK USA, INC.; MG BILLING LTD.; WISEBITS LTD.; XHAMSTER IP HOLDINGS LTD.

       Defendants

---

This case has been opened on appeal.

| Originating Court | United States District Court for the District of South Carolina at Spartanburg |
|---|---|
| Originating Case Number | 7:20-cv-00947-DCC |
| Date notice of appeal filed in originating court: | 11/17/2025 |

| Appellant | Jane Does 1-9 |
|---|---|
| Appellate Case Number | 25-2411 |
| Case Manager | T. Barton<br>804-916-2702 |