**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501, Richmond, Virginia 23219

December 9, 2025

_____

No. 25-2418
(7:21-cv-03193-DCC)

_____

JANE DOE

        Plaintiff - Appellant

v.

MG FREESITES LTD., d/b/a Pornhub.com; HAMMY MEDIA LTD., d/b/a xHamster.com; MINDGEEK S.A.R.L.; TRAFFICSTARS LTD.; WISEBITS IP LTD.

        Defendants - Appellees

 and

LIMESTONE UNIVERSITY, f/k/a Limestone College; SHARON HAMMONDS; BRENDA F. WATKINS; MG FREESITES II LTD.; MINDGEEK USA, INC.; MG BILLING LTD.; WISEBITS LTD.; XHAMSTER IP HOLDINGS LTD.; COLLINS MURPHY

        Defendants

_____

No. 25-2411
(7:20-cv-00947-DCC)

_____

JANE DOES 1-9

       Plaintiff - Appellant

v.

HAMMY MEDIA LTD., d/b/a xHamster.com; MG FREESITES LTD., d/b/a Pornhub.com; MINDGEEK S.A.R.L.; TRAFFICSTARS LTD.; WISEBITS IP LTD.

       Defendants - Appellees

and

SHARON HAMMONDS; BRENDA F. WATKINS; LIMESTONE COLLEGE; MG FREESITES II LTD.; MINDGEEK USA, INC.; MG BILLING LTD.; WISEBITS LTD.; XHAMSTER IP HOLDINGS LTD.; COLLINS MURPHY

       Defendants

_____

AMENDED CAPTION NOTICE

_____

TO: Counsel and Parties

The caption of this appeal has been amended as shown above to remove Collins Murphy as an appellee to the appeal. If additional corrections or modifications are needed for the caption, please file a motion to amend the caption.

T. Barton, Deputy Clerk
804-916-2702