Nos. 25-2411, 25-2418

# In the United States Court of Appeals for the Fourth Circuit

―――――――――――――

JANE DOES 1-10,
*Plaintiffs-Appellants*,

v.

MG FREESITES LTD., d/b/a/ Pornhub.com; HAMMY MEDIA LTD., d/b/a/ xHamster.com; MINDGEEK S.A.R.L.; TRAFFICSTARS LTD.; WISEBITS IP LTD.,
*Defendants-Appellees*,

and

LIMESTONE UNIVERSITY, f/k/a/ Limestone College; SHARON HAMMONDS; BRENDA F. WATKINS; MG FREESITES II LTD.; MINDGEEK USA, INC.; MG BILLING LTD.; WISEBITS LTD.; XHAMSTER IP HOLDINGS LTD.; COLLINS MURPHY,
*Defendants*.

―――――――――――――

On Appeal from the United States District Court
for the District of South Carolina at Spartanburg
Case No. 7:20-cv-00947-DCC (The Honorable Timothy M. Cain)

―――――――――――――

**MOTION FOR AN EXTENSION OF TIME
TO FILE PLAINTIFFS-APPELLANTS' OPENING BRIEF**

―――――――――――――

JENNIFER D. BENNETT
GUPTA WESSLER LLP
235 Montgomery Street, Suite 629
San Francisco, CA 94104
(415) 573-0336
jennifer@guptawessler.com

DEEPAK GUPTA
GUPTA WESSLER LLP
2001 K Street NW, Suite 850 North
Washington, DC 20006
(202) 888-1741
deepak@guptawessler.com

*Additional counsel listed on the inside cover*

January 13, 2026

J. Edward Bell, III
Gabrielle A. Sulpizio
Auguste Fout
Bell Legal Group
219 North Ridge Street
Georgetown, SC 29440
(843) 546-2408
*jeb@edbelllaw.com*

Danielle Bianculli Pinter
Peter Gentala
National Center of Sexual Exploitation
1201 F Street NW
Washington, DC 20004
(202) 393-7245
*dpinter@ncoselaw.org*

Tyler S. Thompson
Liz J. Shepherd
Chad Propst
Dolt, Thompson, Shepherd & Conway, PSC
13800 Lake Point Circle
Louisville, KY 40223
(502) 244-7772
*tthompason@kytrial.com*

*Counsel for Plaintiffs-Appellants*

The plaintiffs-appellants Does 1-10 respectfully request a 30-day extension on the deadline for their opening brief, from January 20, 2026, to February 19, 2026. This is their first extension request. Does 1-10 submit that there is good cause for this request:

The lead appellate counsel for Does 1-10, Deepak Gupta, has a number of pressing obligations that have taken up and will continue to take up substantial time over the next month. His colleagues at Gupta Wessler have their own deadlines that will prevent them from helping with the preparation of the brief. This will make it difficult to properly prepare the brief absent the requested extension. Specifically, Mr. Gupta and his colleagues have the following deadlines over the next month:

- A respondent's brief due in the U.S. Supreme Court in *Flowers Foods v. Brock*, No. 24-935, on January 15, 2026;

- An answer to counterclaims due in the District Court of New Jersey in *Roberts v. Unlock*, No. 24-cv-01374, on January 23, 2026;

- An opening brief and appendix due in the Ninth Circuit in *Lang v. Providence Health Services*, No. 25-7294, on January 28, 2026;

- An answering brief due in the Nevada Supreme Court in *USAA v. Kuhn*, Nos. 90310 & 90864, on January 30, 2026;

- A respondent's brief due in the California Supreme Court in *Lathrop v. Thor*, No. S287893, on February 2, 2026;

- An appellee's brief due in the District of Columbia Circuit in *NTEU v. Vought*, No. 25-5091, on February 2, 2026;

- An opening brief due in the Eighth Circuit in *MMIC v. OB/GYN*, No. 25-1758, on February 2, 2026;

- A brief in opposition in the U.S. Supreme Court in *Nwauzor v. The Geo Group, Inc.*, No. 25A464, on February 9, 2026;

- An opening brief due in the Seventh Circuit in *Xu Lun v. Milwaukee Electric Tool Corp.*, No. 25-3347, on February 9, 2026; and

- An answering brief due in the Montana Supreme Court in *S.W. v. State of Montana*, No. DA 25-0783, on February 13, 2026.

Counsel for the appellees MG Freesites Ltd. and Mindgeek, USA consent to this request. Counsel for the appellees Hammy Media Ltd., TrafficStars Ltd., and Wisebits IP Ltd. do not consent. No party will be prejudiced by the requested extension.

For the foregoing reasons, this motion for a 30-day extension of time to file the opening brief should be granted.

Respectfully submitted,

/s/Deepak Gupta
DEEPAK GUPTA
GUPTA WESSLER LLP
2001 K Street NW
Suite 850 North
Washington, DC 20006
(202) 888-1741
deepak@guptawessler.com

JENNIFER D. BENNETT
GUPTA WESSLER LLP
235 Montgomery Street
Suite 629
San Francisco, CA 94104
(415) 573-0336
jennifer@guptawessler.com

J. EDWARD BELL, III
GABRIELLE A. SULPIZIO
AUGUSTE FOUT
BELL LAW FIRM
P.O. Box 2590
Georgetown, SC 29442
(843) 546-2408
ebell@edbelllaw.com

TYLER S. THOMPSON
LIZ J. SHEPHERD
CHAD PROPST
DOLT, THOMPSON, SHEPHERD
& CONWAY, PSC
13800 Lake Point Circle
Louisville, KY 40223
(502) 244-7772
tthompason@kytrial.com

DANIELLE BIANCULLI PINTER
PETER GENTALA
NATIONAL CENTER OF SEXUAL
EXPLOITATION

1201 F Street NW  
Washington, DC 20004  
(202) 393-7245  
*dpinter@ncoselaw.org*

*Counsel for Plaintiffs-Appellants*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because this motion contains 845 words, excluding the parts exempted by Rule 32(f). This motion complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because it has been prepared in proportionally spaced typeface using Microsoft Word in 14-point Baskerville font.

January 13, 2026                                                     */s/ Deepak Gupta*
                                                                                   Deepak Gupta

# CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2026, I electronically filed the foregoing motion with the Clerk of the Court for the U.S. Court of Appeals for the Fourth Circuit by using the CM/ECF system. All participants will be served by the CM/ECF system.

January 13, 2026                                    */s/ Deepak Gupta*
                                                    Deepak Gupta