Nos. 25-2411, 25-2418

# In the United States Court of Appeals for the Fourth Circuit

―――――――――――――

JANE DOES 1-10,
*Plaintiffs-Appellants*,

v.

MG FREESITES LTD., d/b/a/ Pornhub.com; HAMMY MEDIA LTD., d/b/a/ xHamster.com; MINDGEEK S.A.R.L.; TRAFFICSTARS LTD.; WISEBITS IP LTD.,
*Defendants-Appellees*,

and

LIMESTONE UNIVERSITY, f/k/a/ Limestone College; SHARON HAMMONDS; BRENDA F. WATKINS; MG FREESITES II LTD.; MINDGEEK USA, INC.; MG BILLING LTD.; WISEBITS LTD.; XHAMSTER IP HOLDINGS LTD.; COLLINS MURPHY,
*Defendants*.

―――――――――――――

On Appeal from the United States District Court
for the District of South Carolina at Spartanburg
Case No. 7:20-cv-00947-DCC (The Honorable Timothy M. Cain)

―――――――――――――

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME
TO FILE PLAINTIFFS-APPELLANTS' OPENING BRIEF**

―――――――――――――

JENNIFER D. BENNETT
GUPTA WESSLER LLP
235 Montgomery Street, Suite 629
San Francisco, CA 94104
(415) 573-0336
jennifer@guptawessler.com

DEEPAK GUPTA
GUPTA WESSLER LLP
2001 K Street NW, Suite 850 North
Washington, DC 20006
(202) 888-1741
deepak@guptawessler.com

*Additional counsel listed on the inside cover*

February 3, 2026

J. Edward Bell, III
Gabrielle A. Sulpizio
Auguste Fout
Bell Legal Group
219 North Ridge Street
Georgetown, SC 29440
(843) 546-2408
*jeb@edbelllaw.com*

Danielle Bianculli Pinter
Peter Gentala
National Center of Sexual Exploitation
1201 F Street NW
Washington, DC 20004
(202) 393-7245
*dpinter@ncoselaw.org*

Tyler S. Thompson
Liz J. Shepherd
Chad Propst
Dolt, Thompson, Shepherd & Conway, PSC
13800 Lake Point Circle
Louisville, KY 40223
(502) 244-7772
*tthompson@kytrial.com*

*Counsel for Plaintiffs-Appellants*

The plaintiffs-appellants Does 1-10 respectfully request a 30-day extension on the deadline for their opening brief, from February 19, 2026, to March 21, 2026. This is their second request for an extension of this deadline. Does 1-10 submit that there is good cause for this request:

The lead appellate counsel for Does 1-10, Deepak Gupta, has a number of pressing obligations that have taken up and will continue to take up substantial time over the next month. His colleagues at Gupta Wessler have their own deadlines that will prevent them from helping with the preparation of the brief. This will make it difficult to properly prepare the brief absent the requested extension. Specifically, Mr. Gupta and his colleagues have the following deadlines over the next month:

- An appellee brief due in the Ninth Circuit in *Uhl v. Roblox Corp.*, No. 25-5057, on February 3, 2026;

- A response brief in the District of New Jersey in *Roberts v. Unlock*, No. 24-cv-01374, on February 6, 2026;

- An en banc argument in the D.C. Circuit in *NTEU v. Vought.*, No. 25-5091, on February 24, 2026;

- An opening brief due in the Ninth Circuit in *Lang v. Providence Health Services*, No. 25-7294, on February 27, 2026;

- An opening brief due in the Seventh Circuit in *Xu Lun v. Milwaukee Electric Tool Corporation*, No. 25-2347, on March 11, 2026;

- A reply brief in the Tenth Circuit in *Shaffer v. Toyota*, No. 25-6115, on March 12, 2026;

- An opening brief in the California Court of Appeal in *Sjobring v. First American Title Co.*, No. B347938, on March 13, 2026;

- A reply brief in the Eighth Circuit in *MMIC v. OB/GYN Clinic*, No. 25-1758, on March 25, 2026; and

- An oral argument in the United States Supreme Court in *Flowers Foods v. Brock*, No. 24-935 on March 25, 2026.

Counsel for appellees consent to this request. No party will be prejudiced by the requested extension.

For the foregoing reasons, this motion for a 30-day extension of time to file the opening brief should be granted.

Respectfully submitted,

*/s/Deepak Gupta*
DEEPAK GUPTA
GUPTA WESSLER LLP
2001 K Street NW
Suite 850 North
Washington, DC 20006
(202) 888-1741
*deepak@guptawessler.com*

JENNIFER D. BENNETT

Gupta Wessler LLP
235 Montgomery Street
Suite 629
San Francisco, CA 94104
(415) 573-0336
*jennifer@guptawessler.com*

J. Edward Bell, III
Gabrielle A. Sulpizio
Auguste Fout
Bell Law Firm
P.O. Box 2590
Georgetown, SC 29442
(843) 546-2408
*ebell@edbelllaw.com*

Tyler S. Thompson
Liz J. Shepherd
Chad Propst
Dolt, Thompson, Shepherd
& Conway, PSC
13800 Lake Point Circle
Louisville, KY 40223
(502) 244-7772
*tthompson@kytrial.com*

Danielle Bianculli Pinter
Peter Gentala
National Center of Sexual
Exploitation
1201 F Street NW
Washington, DC 20004
(202) 393-7245
*dpinter@ncoselaw.org*

*Counsel for Plaintiffs-Appellants*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because this motion contains 338 words, excluding the parts exempted by Rule 32(f). This motion complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because it has been prepared in proportionally spaced typeface using Microsoft Word in 14-point Baskerville font.

February 3, 2026 /s/ *Deepak Gupta*
Deepak Gupta

# CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2026, I electronically filed the foregoing motion with the Clerk of the Court for the U.S. Court of Appeals for the Fourth Circuit by using the CM/ECF system. All participants will be served by the CM/ECF system.

February 3, 2026                                              */s/ Deepak Gupta*
                                                              Deepak Gupta