UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2411 (L)
(7:20-cv-00947-DCC)
_____

JANE DOES 1-9

      Plaintiff - Appellant

v.

HAMMY MEDIA LTD., d/b/a xHamster.com; MG FREESITES LTD., d/b/a
Pornhub.com; MINDGEEK S.A.R.L.; TRAFFICSTARS LTD.; WISEBITS IP
LTD.

      Defendants - Appellees

 and

SHARON HAMMONDS; BRENDA F. WATKINS; LIMESTONE COLLEGE;
MG FREESITES II LTD.; MINDGEEK USA, INC.; MG BILLING LTD.;
WISEBITS LTD.; XHAMSTER IP HOLDINGS LTD.; COLLINS MURPHY

      Defendants

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to proceed with a

deferred joint appendix pursuant to Rule 30(c) of the Federal Rules of Appellate

Procedure, the court grants the motion. The clerk shall establish a schedule in accordance with this court's procedures.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk