**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

_____

AMENDED BRIEFING ORDER
FRAP 30(c) CIVIL/AGENCY

_____

No.  25-2411 (L), <u>Jane Does 1-9 v. Hammy Media Ltd.</u>
7:20-cv-00947-DCC

Briefing shall proceed on the following amended schedule. Appendix designations shall be served on counsel at the same time page-proof briefs are filed with the court.

---

Rule 30(c) page-proof opening brief due: 05/11/2026

Rule 30(c) page-proof response brief due: 06/10/2026

JOINT APPENDIX due: 06/24/2026

BRIEFS [Opening, Response, Reply] in final form due: 07/06/2026

---

The following rules apply under this schedule:

- In preparing BRIEFS in final form, the only changes the parties may make from the page-proof versions are replacement of record citations with appendix citations and correction of typographical errors. FRAP 30(c).
- Filings must conform to the **Fourth Circuit Brief & Appendix Requirements** as to content, format, and copies. The Requirements are available as a link from this order and at **www.ca4.uscourts.gov**. FRAP 28, 30 & 32. **NOTE: The Court's preferred typefaces are Times New Roman, Century Schoolbook, and Georgia. The Court discourages the use of Garamond.**
- The joint appendix must be paginated using Bates page numbering and the

JA or J.A. format required by the **Fourth Circuit Appendix Pagination & Brief Citation Guide**. Appendix citations in the parties' briefs must use the same format. Local Rules 28(g) & 30(b)(5).

- All parties to a side must join in a single brief, even in consolidated cases, unless the court has granted a motion for leave to file separate briefs. Local Rules 28(a) & 28(d).
- Motions for extension of time should be filed only in extraordinary circumstances upon a showing of good cause. Local Rule 31(c).
- If a brief is filed in advance of its due date, the filer may request a corresponding advancement of the due date for the next brief by filing a motion to amend the briefing schedule.
- If a brief is filed after its due date, the time for filing subsequent briefs will be extended by the number of days the brief was late.
- Failure to file an opening brief within the scheduled time may lead to dismissal of the case and imposition of sanctions against counsel. Local Rules 45 & 46(g).
- Failure to file a response brief may result in waiver of defenses or loss of the right to be heard at argument. FRAP 31(c).
- If a case has not been scheduled for a mediation conference, but counsel believes such a conference would be beneficial, counsel should contact the Office of the Circuit Mediator directly at 843-731-9099, and a mediation conference will be scheduled. In such a case, the reason for scheduling the conference will be kept confidential. Local Rule 33.
- The court may, on its own initiative and without prior notice, screen an appeal for decision on the parties' briefs without oral argument. Local Rule 34(a).
- If a case is to be scheduled for argument, counsel will receive prior notice from the court.

/s/ NWAMAKA ANOWI, CLERK
By: T. Barton, Deputy Clerk