FILED: July 14, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 25-2411 (L)
(7:20-cv-00947-DCC)

---

JANE DOES 1-9

Plaintiff - Appellant

v.

HAMMY MEDIA LTD., d/b/a xHamster.com; MG FREESITES LTD., d/b/a Pornhub.com; MINDGEEK S.A.R.L.; TRAFFICSTARS LTD.; WISEBITS IP LTD.

Defendants - Appellees

and

SHARON HAMMONDS; BRENDA F. WATKINS; LIMESTONE COLLEGE; MG FREESITES II LTD.; MINDGEEK USA, INC.; MG BILLING LTD.; WISEBITS LTD.; XHAMSTER IP HOLDINGS LTD.; COLLINS MURPHY

Defendants

---

O R D E R

---

The court grants an extension of the briefing schedule as follows:

FRAP 30(c) page-proof response brief & service of additional designations due: 09/09/2026

Joint appendix due: 09/23/2026

Opening brief, response brief, and any reply brief in final form due: 10/05/2026

Counsel is advised that no further extensions will be granted for filing the page-proof response brief absent a showing of extraordinary circumstances.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk