**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 25, 2026

---

DOCKET CORRECTION NOTICE

---

No. 25-2411 (L), Jane Does 1-9 v. Hammy Media Ltd.
7:20-cv-00947-DCC

TO: Jane Does 1-9

JOINT APPENDIX CORRECTION DUE: September 30, 2026

Please make the correction identified below and file a corrected document by the due date indicated. Use the **JOINT APPENDIX** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic brief/joint appendix. Arrangements may be made with the clerk for return of paper copies for correction, if applicable. The time for filing the next brief is unaffected by this notice.

| [ X ] | must be bound unless binding is impracticable. |
|---|---|
| Transcript | The name of the testifying witness and type of examination (direct, cross, deposition) must be clearly indicated at the top of each page of in-court or deposition testimony included in the joint appendix. The court will not accept appendices containing "condensed" transcript wherein several pages of transcript appear on a single sheet. |

Please correct and re-file volume VI only.

T. Barton, Deputy Clerk
804-916-2702