Nos. 25-2411, 25-2418

# In the United States Court of Appeals for the Fourth Circuit

JANE DOES 1-10,
*Plaintiffs-Appellants*,

v.

MG FREESITES LTD., D/B/A/ PORNHUB.COM; HAMMY MEDIA LTD., D/B/A/ XHAMSTER.COM; MINDGEEK S.A.R.L.; TRAFFICSTARS LTD.; WISEBITS IP LTD.,
*Defendants-Appellees*,

and

LIMESTONE UNIVERSITY, F/K/A/ LIMESTONE COLLEGE; SHARON HAMMONDS; BRENDA F. WATKINS; MG FREESITES II LTD.; MINDGEEK USA, INC.; MG BILLING LTD.; WISEBITS LTD.; XHAMSTER IP HOLDINGS LTD.; COLLINS MURPHY,
*Defendants*.

On Appeal from the United States District Court
for the District of South Carolina at Spartanburg
Case Nos. 7:20-cv-00947-DCC, 7:21-cv-03193-DCC
(The Honorable Donald C. Coggins Jr.)

## JOINT MOTION FOR AN EXTENSION OF TIME TO FILE FINAL FORM BRIEFS


MARK GODDARD
R. HAWTHORNE BARRETT
TURNER, PADGET, GRAHAM AND LANEY P.A.
1901 Main Street, 9th Floor
Columbia, SC 29201
(803) 227-4334
*mgoddard@turnerpadget.com*

DEEPAK GUPTA
JONATHAN E. TAYLOR
STEFANIE OSTROWSKI
GUPTA WESSLER LLP
1400 16th Street, NW, Suite 225
Washington, DC 20036
(202) 888-1741
*jon@guptawessler.com*

*Additional counsel listed on the inside cover*


September 30, 2026

THERESA B. BOWMAN
MITCHELL SILBERBERG
& KNUPP LLP
1818 N Street NW, 7th Floor
Washington, DC 20036
(202) 355-7900

MARC E. MAYER
EMILY F. EVITT
MITCHELL SILBERBERG
& KNUPP LLP
2049 Century Park East
18th Floor
Los Angeles, CA 90067
(310) 312-2000

*Attorneys for Defendants-Appellees MG Freesites Ltd and MindGeek S.A.R.L.*

EVAN FRAY-WITZER
CIAMPA FRAY-WITZER, LLP
101 Federal Street, Suite 1900
Boston, MA 02116 (617) 426-0000
*evan@CFWLegal.com*

VALENTIN D. GURVITS
FRANK SCARDINO
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
(617) 928-1804

HANNAH ROGERS METCALFE
METCALFE & ATKINSON, LLC
1395 South Church Street
Greenville, SC 29605
(864) 214-2319

*Counsel for Defendants-Appellees Hammy Media, Ltd., d/b/a xHamster.com; Trafficstars Ltd; Wisebits IP, Ltd*

TYLER S. THOMPSON
LIZ J. SHEPHERD
CHAD PROPST
DOLT, THOMPSON, SHEPHERD &
CONWAY, PSC
13800 Lake Point Circle
Louisville, KY 40223
(502) 244-7772

J. EDWARD BELL, III
GABRIELLE A. SULPIZIO
BELL LEGAL GROUP
219 North Ridge Street
Georgetown, SC 29440
(843) 546-2408

DANIELLE BIANCULLI PINTER
PETER GENTALA
NATIONAL CENTER ON SEXUAL
EXPLOITATION
1201 F St. NW
Washington, DC 20004
(202) 393-7245

*Counsel for Plaintiffs-Appellants*

The parties jointly and respectfully request a 39-day extension on the deadline for their final form briefs from October 5, 2026, to November 13, 2026, to align the deadlines for all the final form briefs to the same date. This is their first request for an extension of this deadline.

The parties submit that there is good cause for this request. On September 25, 2026, the Court instructed the plaintiffs to file a corrected version of the Joint Appendix. The requested corrections will change the pagination of the Joint Appendix, which will require additional time to prepare the final form briefs. And setting a deadline of November 13, 2026, would make all the final form briefs—Opening, Response, and Reply—due on the same date.

No party will be prejudiced by the requested extension.

For the foregoing reasons, this motion for an extension of time to file the final form briefs should be granted.

Respectfully submitted,

*/s/ Jonathan E. Taylor*
JONATHAN E. TAYLOR
DEEPAK GUPTA
STEFANIE OSTROWSKI
GUPTA WESSLER LLP
1400 16th Street, NW, Suite 225
Washington, DC 20036
(202) 888-1741

Respectfully submitted,

*/s/ Mark Brandon Goddard*
MARK BRANDON GODDARD
TURNER PADGET GRAHAM & LANEY, PA
1901 Main Street, Suite 900
Columbia, SC 29201
(803) 227-4334
*mgoddard@turnerpadget.com*

*jon@guptawessler.com*

J. EDWARD BELL, III
GABRIELLE A. SULPIZIO
AUGUSTE FOUT
BELL LEGAL GROUP
219 North Ridge Street
Georgetown, SC 29440
(843) 546-2408
*jeb@edbelllaw.com*

DANIELLE BIANCULLI PINTER
PETER GENTALA
NATIONAL CENTER ON SEXUAL EXPLOITATION
1201 F Street NW
Washington, DC 20004
(202) 393-7245
*dpinter@ncoselaw.org*

TYLER S. THOMPSON
LIZ J. SHEPHERD
CHAD PROPST
DOLT, THOMPSON, SHEPHERD & CONWAY, PSC
13800 Lake Point Circle
Louisville, KY 40223
(502) 244-7772
*tthompason@kytrial.com*

*Counsel for Plaintiffs-Appellants*

THERESA B. BOWMAN
MITCHELL SILBERBERG & KNUPP LLP
1818 N Street NW, 7th Floor
Washington, DC 20036
(202) 355-7900

MARC E. MAYER
EMILY F. EVITT
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East
18th Floor
Los Angeles, CA 90067
(310) 312-2000

*Counsel for Defendants-Appellees MG Freesites LTD. & Mindgeek S.A.R.L.*

*/s/ Evan M. Fray-Witzer*
EVAN M. FRAY-WITZER
CIAMPA FRAY-WITZER, LLP
101 Federal Street, Suite 1900
Boston, MA 02116
(617) 426-0000
*evan@cwflegal.com*

VALENTIN D. GURVITS
FRANK SCARDINO
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
(617) 928-1804

Hannah Rogers Metcalfe
Metcalfe & Atkinson, LLC
1395 South Church Street
Greenville, SC 29605
(864) 214-2319

*Counsel for Defendants-Appellees Hammy Media Ltd.; TrafficStars Ltd.; & Wisebits IP Ltd.*

September 30, 2026

## FILER ATTESTATION

I hereby attest that I have on file the permission of all necessary filers for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

/s/ *Jonathan E. Taylor*
Jonathan E. Taylor
*Counsel for Plaintiffs-Appellants*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 32(a)(7)(B) because this motion contains 154 words excluding the parts of the motion exempted by Rule 32(f). This motion complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because this motion has been prepared in proportionally spaced typeface using Microsoft Word in 14-point Century Expanded font.

September 30, 2026

*/s/ Jonathan E. Taylor*
Jonathan E. Taylor